**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEON WILLIAMS** <br><br> **v.** <br><br> **ABRAHAM BENSHETRIT, D.M.D. et al.** | **CIVIL ACTION** <br><br> **NO. 19-797** |

## ORDER

**AND NOW**, this 13th day of August, 2019, upon consideration of Plaintiff's Motion for Leave to file an Amended Complaint (ECF 29), Defendants' response thereto (ECF 32), and Plaintiff's Reply thereto (ECF 35), and for the reasons laid out in the accompanying Memorandum, it is HEREBY ORDERED:

1. The Motion is DENIED as to Count IV in the Proposed Amended Complaint;

2. The Motion is GRANTED as to Count V and Count VI and Plaintiff's request for punitive damages in the Proposed Amended Complaint; and

3. Plaintiff shall file an Amended Complaint consistent with this Order within ten (10) days.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-797 Williams v Benshetrit\19cv797 Mot to Amend Order.docx