**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| DEON WILLIAMS | CIVIL ACTION |
|---|---|
| v. | NO. 19-797 |
| ABRAHAM BENSHETRIT, D.M.D. and THE SALTZ DENTAL CENTER | |

**ORDER RE: DEFENDANT'S MOTION FOR SANCTIONS**

**AND NOW**, this 18th day of June, 2020, upon consideration of Defendant's Motion for Sanctions, (ECF 106), Plaintiff's Opposition, (ECF 112), and Defendant's Reply in Support, (ECF 113), and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.  It is further **ORDERED** that:

1.     Chrystina Mensah is ordered to reappear for a second deposition.  The deponent shall perform a search for all records requested in the notice of deposition and shall produce all materials in her possession.

2.     Chrystina Mensah shall answer all questions concerning the following areas of inquiry, and any reasonable follow-up: (a) Her employment, amount of work and earnings from November of 2015 through September of 2019, (b) the relationship between Ms. Mensah and Plaintiff, Deon Williams, (c) the support that Chrystina Mensah provided to Deon Williams for their three shared children from November of 2015 through September of 2019, (d) financial support, including amount, that Deon Williams provided to Chrystina Mensah for their three shared children from November of 2015 through September of 2019, (e) Chrystina Mensah's factual knowledge of Mr. Williams' pain medication usage, and (f) any knowledge that Chrystina Mensah has with respect to Deon Williams' dental treatment and dental providers, including conversations that Mr. Williams had with Ms. Mensah.

3.      Following the second deposition of Chrystina Mensah, the Court will determine the amount of sanctions, if any, to be paid by Brendan Mulligan, Esquire, Counsel for Plaintiff.

**BY THIS COURT:**

s/ Michael M. Baylson

_____

**Michael M. Baylson**
**United States District Court Judge**

O:\CIVIL 19\19-797 Williams v Benshetrit\19cv797 Order re Defendant's Motion for Sanctions