IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEON WILLIAMS**<br><br>v.<br><br>**ABRAHAM BENSHETRIT, D.M.D.** | **CIVIL ACTION**<br><br>**NO. 19-797** |

### ORDER RE: SANCTIONS AGAINST PLAINTIFF'S COUNSEL

Plaintiff has documented the amount of expenses of attorney's fees and expenses incurred by virtue of Mr. Mulligan's conduct, which included the necessity of taking a second deposition of Mrs. Mansha and seeking further information. The Court finds that the hourly rate requested by defense counsel is reasonable, and that the hours spent were reasonably necessary to secure the information in the possession of Mrs. Mansha.

**AND NOW**, this 14th day of June, 2021, for the reasons in the foregoing Memorandum, this Court **ORDERS** sanctions in the amount of $8,543.55 to be paid to Defendant's law firm by Brendan Mulligan, Esq. within 14 days.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-797 Williams v Benshetrit\19cv797 Order re sanctions against plaintiffs counsel.docx