IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEON WILLIAMS**<br><br>v.<br><br>**ABRAHAM BENSHETRIT, D.M.D.** | **CIVIL ACTION**<br><br>NO. 19-797 |

## ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION AND FOR LEAVE TO FILE AMENDED COMPLAINT

**AND NOW**, this 2nd day of December, 2021, after due consideration of Plaintiff's Motion for Reconsideration of the August 13, 2019 Order and for Leave to File an Amended Complaint (ECF 149) and Defendant's Response in Opposition to Plaintiff's Motion for Reconsideration and to Amend (ECF 151), Plaintiff's Motion for Reconsideration and for Leave to Amend is **DENIED**. Plaintiff's Motion is untimely pursuant to Local Rule of Civil Procedure 7.1(g) and the Pennsylvania Supreme Court decisions Plaintiff argues constitute an "intervening change of law" are dissimilar to the reasoning underpinning this Court's August 13, 2019 Order and the facts presented by this case.

                                                                        BY THIS COURT:

                                                                       /s/ MICHAEL M. BAYLSON

                                                                       _____

                                                                       **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-797 Williams v Benshetrit\19cv797 Order Re Motion for Reconsideration and for Leave to File AC.docx