IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEON WILLIAMS,** *Plaintiff*, <br><br> v. <br><br> **ABRAHAM BENSHETRIT, D.M.D.,** *Defendant*. | **CIVIL ACTION NO. 19-cv-00797** |

## ORDER RE: PLAINTIFF'S DAUBERT MOTION IN PLAINTIFF'S MOTION IN LIMINE

**AND NOW** this 17th day of December 2021, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's arguments to exclude Drs. Fonseca and Kunz's expert testimony pursuant to Fed. R. Evid. 702, contained in Plaintiff's Motion *in Limine*, are **DENIED** for the reasons stated in the foregoing Memorandum.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON

---
MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 19\19-797 Williams v Benshetrit\19cv797 Order re plaintiffs daubert motion in plaintiff's motion in limine.docx