IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEON WILLIAMS,<br>*Plaintiff*,<br><br>v.<br><br>ABRAHAM BENSHETRIT, D.M.D.,<br>*Defendant*. | CIVIL ACTION NO. 19-cv-00797 |
|---|---|

### ORDER RE: PLAINTIFF'S AND DEFENDANT'S RESPECTIVE MOTIONS IN LIMINE

**AND NOW**, this 13th day of January, 2022, upon consideration of Defendant's Motion *in Limine* (ECF No. 153), Plaintiff's Opposition (ECF No. 156), Plaintiff's Motion *in Limine* (ECF No. 154), Defendant's Opposition (ECF No. 158), and the parties' supplemental briefing (ECF Nos. 174 and 175), it is hereby **ORDERED** that these Motions are **GRANTED IN PART** and **DENIED IN PART** as stated in the attached Memorandum.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-797 Williams v Benshetrit\19CV797 Order re Motions in Limine.docx